```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
CLEANSPARK, INC.                         :
                                         :
        Plaintiff,                       :
                                         :       20 Cv. 6164 (JSR)
        -v-                              :
                                         :            ORDER
                                         :
DISCOVER GROWTH FUND, LLC                :
                                         :
                                         :
        Defendants.                      :
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

   Before the Court is plaintiff CleanSpark's motion for a temporary restraining order and preliminary injunction. Upon consideration, plaintiff's motion is hereby denied. A memorandum explaining the reasons for this ruling will issue in due course. Until then, because there is a high likelihood that the Court will refer the case to arbitration, all further proceedings are stayed. For the same reason, the initial pretrial conference, currently scheduled for September 1, 2020, is adjourned pending further order of the Court. The Clerk of Court is directed to close the motion at docket number 18.

   SO ORDERED.

Dated: New York, NY
       August 19, 2020

                                          _____
                                          JED S. RAKOFF, U.S.D.J.

1